IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| DOMINGO ADAME-NAJERA, | : | CRIMINAL ACTION NO. |
| | : | 2:10-CR-00010-01-RWS |
| Defendant. | : | |
| | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [81] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Dismiss [72] is hereby **DENIED**.

**SO ORDERED** this  19th  day of April, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)